# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA

V.

CR 14 105 EMC

DEMETRIUS JEFFERSON



FILED
FEB 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition;
Title 18, United States Code, Section 924(d) - Forfeiture of Firearm and Ammunition

---

A true bill.

*Nancy J. Peterson*
Foreman

Filed in open court this 27th day of February 2014.

K. Melen, Clerk

Bail, $ no bail arrest warrant

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition; Title 18, United States Code, Section 924(d) - Forfeiture of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years in prison, $250,000 fine, 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S**
▶ DEMETRIUS JEFFERSON

DISTRICT COURT NUMBER
**CR 14 105**

EMC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form ___MELINDA HAAG___
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ___DEBORAH R. DOUGLAS___

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
FEB 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:             Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



FILED

FEB 27 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  ) No. CR 14 105
                           )
           v.              ) VIOLATION: Title 18, United States Code, Section
                           ) 922(g)(1) - Felon in Possession of Firearm and
DEMETRIUS JEFFERSON,       ) Ammunition; Title 18, United States Code, Section
                           ) 924(d) - Forfeiture of Firearm and Ammunition
           Defendant.      )
                           ) SAN FRANCISCO VENUE
                           )
_____)

INDICTMENT

The Grand Jury charges:

1.  On or about October 8, 2013, in the Northern District of California, the defendant,

DEMETRIUS JEFFERSON,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, unlawfully and knowingly possessed a firearm, namely, a .22 caliber Heritage Arms revolver, Model Rough Rider, serial no. J89454; and approximately five rounds of .22 caliber Remington ammunition, in and affecting interstate commerce.



Indictment

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 924(d) – Forfeiture of Firearm and Ammunition)

2. The factual allegations contained in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

3. Upon a conviction of the offense alleged in this Indictment, the defendant,

DEMETRIUS JEFFERSON,

shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to the following property:

(1) a .22 caliber Heritage Arms revolver, Model Rough Rider, serial no. J89454; and

(2) five rounds of .22 caliber Remington ammunition

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: February 27, 2014          A TRUE BILL.

_____Nancy J. Peterson_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____/s/_____
WAI SHUN WILSON LEUNG
Deputy Chief, Strike Force/Violent Crimes

(Approved as to form: ___ORD___)
Deborah R. Douglas
Assistant United States Attorney

Indictment                                    2