1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAVID COUNTYMAN (CABN 226995)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7303
7       FAX: (415) 436-7234
        david.countryman@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-00105 EMC |
| Plaintiff, | **NOTICE OF RETURN OF STOLEN PROPERTY TO ITS REGISTERED OWNER; AND [PROPOSED ORDER]** |
| v. | |
| DEMETRIUS JEFFERSON, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this Notice of the United States for the Return of Stolen Property to its Registered Owner in the above-captioned case. In support thereof, the United States sets forth the following:

On February 27, 2014, defendant Demetrius Jefferson was charged by indictment with violation of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of Firearm and Ammunition). The indictment also sought criminal forfeiture, pursuant to Title 18, United States Code, Section 924(d) (Forfeiture of Firearm and Ammunition), of one .22 caliber Heritage Arms revolver, Model Rough Rider, serial number J89454 ("the "subject firearm") and five rounds of .22 caliber Remington ammunition.

When the serial number of the subject firearm was investigated, it was discovered that the subject firearm had been stolen from its registered owner in April 2011.

On May 21, 2014, Demetrius Jefferson pled guilty to the sole count of the indictment. On September 2, 2014, the Court Ordered a Preliminary Order of Forfeiture as to the subject firearm and ammuntion, forfeiting the defendant's interest in the subject firearm and ammunition.

On November 5, 2014, defendant was sentenced based upon guideline calculations that included a two-level enhancement for defendant's possession of a stolen firearm pursuant to U.S.S.G. [section symbol] 2K2.1(b)(4)(A). The judgment ordered that defendant forfeit any interest in the firearm and ammunition. Because the subject firearm is worth less than $1,000, it is exempt from publication pursuant to 18 U.S.C. § 982(b)(6)(C) and Supplemental Rule G(4)(a)(i)(A) of the Federal Rules of Civil Procedure.

Therefore, because the subject firearm is stolen property, and the Court has forfeited the defendant's interest in the subject firearm, the United States respectfully submits that the subject firearm be returned to its registered owner.

Dated: 12/04/14              Respectfully submitted,

                             MELINDA HAAG
                             United States Attorney

                             _____/S/_____
                             DAVID COUNTRYMAN
                             Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the United States return the subject firearm to its registered owner.

IT IS SO ORDERED this ___9th___ of ___December___ 2014

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

MOTION TO RETURN PROPERTY
14-00105 EMC