BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-MAIL: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-00105 EMC |
| Plaintiff, | **UNITED STATES' NOTICE OF APPEAL** |
| v. | |
| DEMETRIUS JEFFERSON, | |
| Defendant. | |

Notice is hereby given that the United States of America, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the district court's sentence re-imposed and the amended judgment of conviction entered on December 21, 2016 (Docket #62), and the second amended judgment entered on January 13, 2017 (Docket #67).

DATED: January 20, 2017                            Respectfully submitted,

                                                        BRIAN J. STRETCH
                                                        United States Attorney

                                                        /s/ Deborah Douglas
                                                        DEBORAH R. DOUGLAS
                                                        Assistant United States Attorney